# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIANO LOPEZ, | ) 1:11cv02075 LJO DLB PC |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME |
| vs. | ) (Document 13) |
| R. L. ATHEY, et al., | ) **THIRTY-DAY DEADLINE** |
| Defendants. | |

Plaintiff Emiliano Lopez ("Plaintiff") is state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 16, 2011. On February 1, 2013, the Court dismissed Plaintiff's complaint with leave to amend.

On March 11, 2013, Plaintiff requested an extension of time to file an amended complaint.[1]

---

[1] Plaintiff's filing was entitled, "Request for Reinstatement of Order Dismissing Complaint with Leave to Amend."

1

Plaintiff's request is GRANTED.  Plaintiff shall file his amended complaint within thirty (30) days of the date of service of this order.

<u>Failure to follow this order will result in a recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   **March 14, 2013**              /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE