# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIANO LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>R. L. ATHEY, et al.,<br><br>　　　　　Defendants. | 1:11cv02075 LJO DLB PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR STAY<br>(Document 19)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS** |

　　　Plaintiff Emiliano Lopez ("Plaintiff") is state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 16, 2011.

　　　On November 13, 2013, the Court issued Findings and Recommendations that this action be dismissed for Plaintiff's failure to state a claim for which relief may be granted. On December 16, 2013, the Court granted Plaintiff's request for a thirty-day extension of time within which to file objections.

　　　On January 9, 2014, Plaintiff filed a Request to Stay the Proceedings. He explains that a stay is necessary because the computers have been removed from the prison law library in anticipation of changing the legal research program.

1

Plaintiff's request is DENIED. The Court will not grant an indefinite stay simply because Plaintiff cannot perform computerized legal research. Indeed, the Findings and Recommendations set forth the legal standards for the claims at issue.

The Court will GRANT Plaintiff a second thirty day extension of time to file objections. Plaintiff shall file his objections within thirty days of the date of service of this order.

<u>Further extensions will be granted only upon a showing of good cause</u>.

IT IS SO ORDERED.

Dated: __**February 3, 2014**__         /s/ *Dennis L. Beck*
                                             UNITED STATES MAGISTRATE JUDGE